**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (*If known*): ____________

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Karla**<br>First name<br>**Jean**<br>Middle name<br>**Mauser**<br>Last name<br><br>Suffix (Sr., Jr, II, III) | **Mark**<br>First name<br>**Steven**<br>Middle name<br>**Mauser**<br>Last name<br><br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br>Middle name<br>Last name<br>Business name (if applicable)<br>Business name (if applicable) | First name<br>Middle name<br>Last name<br>Business name (if applicable)<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - 9 9 8 6<br>OR<br>**9**xx - xx - __ __ __ __ | xxx - xx - 8 1 1 6<br>OR<br>**9**xx - xx - __ __ __ __ |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Karla** | **Jean** | **Mauser** |
| Debtor 2 | **Mark** | **Steven** | **Mauser** |

Case number *(if known)* ____________

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __<br>EIN<br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br>__ __ - __ __ __ __ __ __ __<br>EIN |
| **5. Where you live** | **14503 Belvan Ct**<br>Number Street<br>____________<br>**Cypress, TX 77429-5376**<br>City State ZIP Code<br>**Harris**<br>County<br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br>____________<br>Number Street<br>____________<br>P.O. Box<br>____________<br>City State ZIP Code | **If Debtor 2 lives at a different address:**<br>____________<br>Number Street<br>____________<br>____________<br>City State ZIP Code<br>____________<br>County<br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.<br>____________<br>Number Street<br>____________<br>P.O. Box<br>____________<br>City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408) | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408) |

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Karla** | **Jean** | **Mauser** |
| Debtor 2 | **Mark** | **Steven** | **Mauser** |

Case number *(if known)* ______

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
  - District ______ When ______ (MM / DD / YYYY) Case number ______
  - District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No.
- ☐ Yes. Debtor ______ Relationship to you ______
  - District ______ When ______ (MM / DD / YYYY) Case number, if known ______
  - Debtor ______ Relationship to you ______
  - District ______ When ______ (MM / DD / YYYY) Case number, if known ______

**11. Do you rent your residence?**

- ☑ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Karla** | **Jean** | **Mauser** |
| Debtor 2 | **Mark** | **Steven** | **Mauser** |

Case number *(if known)* ______________

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

- ☑ No. Go to Part 4.
- ☐ Yes. Name and location of business

Name of business, if any

Number Street

City State ZIP Code

*Check the appropriate box to describe your business:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

- ☑ No. I am not filing under Chapter 11.
- ☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- ☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
- ☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Karla** | **Jean** | **Mauser** |
| Debtor 2 | **Mark** | **Steven** | **Mauser** |

Case number *(if known)* ____________

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes. What is the hazard? ____________

If immediate attention is needed, why is it needed? ____________

Where is the property? ____________

Number Street

____________

City State ZIP Code

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Karla** | **Jean** | **Mauser** |
| Debtor 2 | **Mark** | **Steven** | **Mauser** |

Case number *(if known)* ______________

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

- ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
- ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
- ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

- ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
- ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
- ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | **Karla** | **Jean** | **Mauser** |
| Debtor 2 | **Mark** | **Steven** | **Mauser** |

Case number *(if known)* ______________

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

______________________________

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,000-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ **/s/ Karla Jean Mauser**
Karla Jean Mauser, Debtor 1
Executed on **09/25/2026**
MM/ DD/ YYYY

✗ **/s/ Mark Steven Mauser**
Mark Steven Mauser, Debtor 2
Executed on **09/25/2026**
MM/ DD/ YYYY

Debtor 1 **Karla** **Jean** **Mauser**
Debtor 2 **Mark** **Steven** **Mauser**
First Name Middle Name Last Name

Case number *(if known)* __________

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ **/s/ Carron Nicks**
Signature of Attorney for Debtor

Date **09/25/2026**
MM / DD / YYYY

**Carron Nicks**
Printed name

**Kisch Consumer Law, PLLC**
Firm name

**13100 Wortham Center Drive**
Number Street

**3rd Floor, #1031**

**Houston** **TX** **77065**
City State ZIP Code

Contact phone **(713) 258-0259** Email address **carron@kischlawfirm.com**

**01311905** **TX**
Bar number State

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Mauser, Karla Jean**
**Mauser, Mark Steven**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **09/25/2026** Signature **/s/ Karla Jean Mauser**
Karla Jean Mauser, Debtor

Date **09/25/2026** Signature **/s/ Mark Steven Mauser**
Mark Steven Mauser, Joint Debtor

ABC Supply
1 Abc Pkwy
Beloit, WI 53511-4466

Alvarez Mechanical
5927 Fallmont Dr
Houston, TX 77086-2950

Bin Dumped
13825 Farm to Market Rd 2769
Austin, TX 78726-2606

Capital One
Po Box 85015
Richmond, VA 23285-5015

Cesar Coronado
27120b Farm to Market 2920
Hockley, TX 77447-9464

Charles Fisher
13423 Grand Masterpiece Ln
Houston, TX 77041-5533

Chase Auto Finance
Po Box 901076
Fort Worth, TX 76101-2076

Citibank / the Home Depot
Centralized Bankruptcy
Po Box 790046
St. Louis, MO 63179-0046

Credit One Bank
Attn: Bankruptcy Dept
Po Box 98875
Las Vegas, NV 89193-8875

Crista Yates
1615 Fairview Dr
Sugar Land, TX 77479-6990

DAVID DILLINGHAM-GOAD
4500 EAST-WEST HWY, 6TH FLOOR
BETHESDA, MD 20814

Discovercard
Po Box 30939
Salt Lake City, UT 84130-0939

Don Young Windows
8181 Ambassador Row
Dallas, TX 75247-4703

Dupar Inc
6757 North Sam Houston Pkwy W
Houston, TX 77064-3458

ES Windows and Doors
3550 Nw 49th St
Miami, FL 33142-3926

Garland Insulation
10723 Rockley Rd
Houston, TX 77099-3515

Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

JACOB HERBERGER
11767 KATY FREEWAY, STE. 920
HOUSTON, TX 77079

James Porter
2028 Addison Rd
Houston, TX 77030-1220

Linda Law
9311 Sam Rayburn Ct
Cypress, TX 77433-3649

Lowes
P.o.box 669807
Dallas, TX 75266-0759

Madeleine Banks
8523 Sweet Melissa Dr
Park Row, TX 77494-0543

Karla Jean Mauser
14503 Belvan Ct
Cypress, TX 77429-5376

Mark Steven Mauser
14503 Belvan Ct
Cypress, TX 77429-5376

Mias
15908 Lexington Blvd
Sugar Land, TX 77479-2313

MPG Plumbing
34052 Blinka Cir
Waller, TX 77484-7205

Mr. Brick
6425 Lozano Dr
Houston, TX 77041-2559

Newrez
D/B/A Shellpoint Mortgage Servicing
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

NT Window
2900 W Seminary Dr
Fort Worth, TX 76133-1160

Pat and Gene Plummer
15219 Benson Landing Dr
Cypress, TX 77429-5660

Pradeep Jain
6447 Ivy Falls
Missouri City, TX 77459-3081

QXO
Po Box 101087
Pasadena, CA 91189-0005

Ramos Construction
20407 Purple Sunset Ct
Katy, TX 77449-3691

Rapid Financial Services
4500 East-West Hwy
Bethesda, MD 20814-3327

stellantis
p.o. box 205749
dallas, TX 75320

Synchrony Bank/Amazon
Po Box 965060
Orlando, FL 32896-5060

Terry Rowe
28210 Madelin Manor Ln
Spring, TX 77386-3089

The Detering Company
Po Box 7766
Houston, TX 77270-7766

Tim Braley
1317 W Bell St
Houston, TX 77019-4022

UV Sam
25806 Spring Hill Pl
Spring, TX 77373-8150

Viking Rentals
P.o. Box 673566
Dallas, TX 75267-3566

Waste Connections
2010 Wilson Rd
Humble, TX 77396-1537

Western Windows
2200 E Riverview Dr
Phoenix, AZ 85034-6851