Certificate Number: 03088-TXS-DE-041514478

Bankruptcy Case Number: 26-37117

03088-TXS-DE-041514478

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 2, 2026, at 12:55 o'clock PM CDT, Mark Steven Mauser completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: October 2, 2026

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor