**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.: 26-37117** |
| **KARLA JEAN MAUSER** | § | **CHAPTER 7** |
| **MARK STEVEN MAUSER** | § | |
| **DEBTOR.** | § | |
| ___________________________________/ | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Hannah Ackley, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of NewRez LLC and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 21st day of October 2026.

Respectfully submitted,

/s/ Hannah Ackley
Hannah Ackley, Esq.
(TXBN: 036073)
PADGETT LAW GROUP
546 Silicon Dr., Suite 103
Southlake, TX 76092
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Hannah.Ackley@padgettlawgroup.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 21st day of October 2026.

Respectfully submitted,

/s/ Hannah Ackley
Hannah Ackley

**SERVICE LIST (CASE NO. 26-37117)**

*Debtor*
**Karla Jean Mauser**
14503 Belvan Ct
Cypress, TX 77429-5376

*Joint Debtor*
**Karla Jean Mauser**
14503 Belvan Ct
Cypress, TX 77429-5376

*Attorney*
**Carron Elizabeth Nicks**
Kisch Consumer Law
13100 Wortham Center Drive
3rd Floor
Ste 1031
Houston, TX 77065

*Trustee*
**Christopher R Murray**
Jones Murray LLP
602 Sawyer St
Ste 400
Houston, TX 77007

*U.S. Trustee*
**US Trustee**
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002