United States Bankruptcy Court
Southern District of Texas

| | | | |
|---|---|---|---|
| In re | Mauser, Karla Jean | Case No. | 26-37117 |
| | Mauser, Mark Steven | Chapter | 7 |
| | Debtor(s) | | |

# PAYMENT ADVICES COVER SHEET UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, Mauser, Mark Steven, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date 10/23/2026 Signature /s/ **Mark Steven** Mauser
Mark Steven Mauser
Debtor

Date ______________ Signature ______________

**Income for August**

| | |
|---|---|
| Moosehead Pools (Pool Cleaning) | $238.15 |
| Uber One (Membership) | $9.99 |
| Capital One (Personal Card) | $500.00 |
| Discover (Personal Card) | $145.00 |
| CenterPoint (Gas) | $46.57 |
| IRS (Installment Plan) | $966.00 |
| Reliant (Electric) | $575.28 |
| Midland National (Life Insurance Policy) | $1,000.00 |
| Yardmasters (Lawncare) | $189.44 |
| AT&T (Cell Phones) | $403.94 |
| New Rez (Mortgage) | $2,115.92 |
| Harris County MUD (Water) | $46.55 |
| NGIC (National General Supplemental Insurance) | $180.46 |
| Apple (iPhone) | $0.99 |
| | |
| Transfer to Personal Account (Karla) | $500.00 |
| | |
| Total | **6,918.29** |

**Income for July**

| | |
|---|---|
| Moosehead Pools (Pool Cleaning) | $238.15 |
| Specs (Miscelleanous) | $70.30 |
| Capital One (Personal Card) | $500.00 |
| Uber One (Membership) | $9.99 |
| Total Wine (Miscelleanous) | $82.25 |
| Discover (Personal Card) | $150.00 |
| CenterPoint (Gas) | $41.94 |
| IRS (Installment Plan) | $966.00 |
| Specs (Miscelleanous) | $63.80 |
| Reliant (Electric) | $488.89 |
| Midland National (Life Insurance Policy) | $1,000.00 |
| Yardmasters (Lawncare) | $151.55 |
| AT&T (Cell Phones) | $403.85 |
| New Rez (Mortgage) | $2,115.92 |
| Harris County MUD (Water) | $43.74 |
| Specs (Miscelleanous) | $107.07 |
| AT&T (U-Verse) | $427.84 |
| NGIC (National General Supplemental Insurance) | $180.46 |
| BCBS (Health Insurance) | $982.55 |
| Apple (iPhone) | $0.99 |
| | |
| Cash Withdrawl (Mark) | $500.00 |
| Transfer to Personal Account (Karla) | $500.00 |
| Transfer to Personal Account (Karla) | $500.00 |
| | |
| Total | **9,525.29** |