United States Bankruptcy Court
Southern District of Texas

In re Mauser, Karla Jean
Mauser, Mark Steven
Debtor(s)

Case No. 26-37117
Chapter 7

# PAYMENT ADVICES COVER SHEET UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, Mauser, Mark Steven, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [x] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date 10/23/2026 Signature /s/ Karla Jean Mauser
Karla Jean Mauser
Debtor

Date ______________ Signature ______________