**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.: 26-37117** |
| **KARLA JEAN MAUSER** | § | **CHAPTER 7** |
| **MARK STEVEN MAUSER** | § | |
| **DEBTOR.** | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Connor D. Sands of the Clark Chambers, PLLC, and gives this Notice of Appearance on behalf of Linda Law and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Clark Chambers, PLLC
440 Louisiana Street, Suite 1700
Houston, TX 77002

**DATED** this 9th day of November 2026.

Respectfully Submitted,

*/s/ Connor D. Sands*
Connor D. Sands
Texas Bar No. 24144111
**CLARK CHAMBERS, PLLC**
440 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 757-1400
Facsimile: (713) 759-1217
csands@triallawfirm.com

**Attorney for Creditor**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 9th day of November 2026.

*/s/ Connor D. Sands*
Connor D. Sands

**SERVICE LIST (CASE NO. 26-37117)**

*Debtor*
**Karla Jean Mauser**
14503 Belvan Court
Cypress, TX 77429-5376

*Joint Debtor*
**Mark Steven Mauser**
14503 Belvan Court
Cypress, TX 77429-5376

*Attorney*
**Carron Elizabeth Nicks**
Kisch Consumer Law
13100 Wortham Center Drive
3rd Floor, Ste 1031
Houston, TX 77065-5625

*Trustee*
**Christopher R. Murray**
Jones Murray LLP
602 Sawyer St, Ste 400
Houston, TX 77007-7510

*U.S. Trustee*
**US Trustee**
Office of the US Trustee
515 Rusk Ave, Ste 3516
Houston, TX 77002